30 A.3d 1103

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert A.A. KOSSEFF, Petitioner.**

**No. 65 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 27, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of October, 2011, the "Application for Permission to File Brief and Appendix for Allowance of Appeal and Stay *Nunc Pro Tunc* " is **DENIED.**

30 A.3d 1103

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Donald PINNER, Petitioner.**

**No. 73 EM 2011.**

Supreme Court of Pennsylvania.

Oct. 27, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of October, 2011, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**